**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-95M** **DATE: July 21, 2005**

**TITLE: USA v. Adekoya Olaekan**

**U.S. MAGISTRATE JUDGE DAVID L. MARTIN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Zech Chafee, AUSA
Kevin Fitzgerald, Esq.
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Court informs Deft of rights and charge.
Deft understands rights and charge.
Waiver of Preliminary Exam.
Court questions Deft.
Deft understands waiver and signs waiver.
Court accepts waiver.
Govt requests detention.
No argument from Deft.
INS detainer.
Deft remanded to custody.