1051210

RECEIVED
18 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ADEKOYA OLAEKAN a/k/a Lekan Adekoya a/k/a Adenola Akeeb Abujade

## WARRANT FOR ARREST

CASE NUMBER: 1:05M95M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ADEKOYA OLAEKAN a/k/a Lekan Adekoya a/k/a Adenola Akeeb Abujade
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being an alien who reentered the United States after deportation

in violation of Title 8 United States Code, Section(s) 1326(a)

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 07-18-2005 Providence, Rhode Island |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dartmouth, MA by ICE | | |
| DATE RECEIVED 07/18/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Charles Wyant |
| DATE OF ARREST 07/21/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.