IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 05 87S |
| | ) |
| v. | ) CR. No: |
| | ) In violation of 8 U.S.C. § 1326(a) |
| ADEKOYA OLAEKAN | ) |
| a/k/a LEKAN ADEKOYA | ) |
| a/k/a ADENOLA AKEEB ABUJADE | ) |
| a/k/a ADEKOYA OLALEKAN | ) |

INDICTMENT

The Grand Jury charges that:

On or about June 9, 2005, defendant, ADEKOYA OLAEKAN a/k/a LEKAN ADEKOYA a/k/a ADENOLA AKEEB ABUJADE a/k/a ADEKOYA OLALEKAN, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

In violation of 8 U.S.C. § 1326(a).

ROBERT CLARK CORRENTE
United States Attorney

Gerard B Sullivan
GERARD B. SULLIVAN
Chief, Criminal Division

Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Date: August 10, 2005