UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-87S** **DATE: August 23, 2005**

**TITLE: USA v. ADEKOYA OLAEKAN**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Z. Chafee**

**Defendant: Kevin Fitzgerald**

**Probation: Heather McLoughlin**

*****************************************************************************

**Proceedings: Arraignment**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of charge. Court questions defendant. Court enters plea of not guilty on behalf of the defendant. Court enters an arraignment order. Court orders detention to continue.**