# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-87S** **September 26, 2005**

**TITLE: USA V. ADEKOYA OLAEKAN**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: JOE FONTES**

**IN COURT: 9:04 a.m. - 9:22 a.m.**

---

**COUNSEL PRESENT:** **Government - Zechariah Chafee, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the elements and the facts of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Counts I; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, January 6, 2006 at 10:30 a.m.; Defendant remanded into custody.**