UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 05-87S
)
AEKOYA OLAEKAN )

---

MOTION TO EXPEDITE SENTENCING

Now comes the defendant Aekoya Olaekan, by and through his counsel, and moves this Honorable Court to expedite the sentencing in this matter. In support of this motion counsel states that Mr. Olaekan's presentence report has been completed and is acceptable to the defendant. In addition, Mr. Olaekan has already been in custody for approximately four months.

Wherefore, the defendant respectfully requests that his sentencing be scheduled as soon as is convenient with the Court's schedule.

Respectfully submitted
Aekoya Olaekan
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Zechariah, Assistant United States Attorney; Kristin A. Mattias, USPO, on the 1st day of November, 2005.